UNITED STATES DISITRCT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC AND RICHARD R.
FEATHERLY,

                              Plaintiffs,

            -against-

PAUL K. LISIAK, METROPOLITAN EQUITY
PARTNERS LLC, METROPOLITAN EIHI3 LP,
METROPOLITAN GP HOLDINGS LLC-SERIES
E1H13, REED ENERGY LLC, NFI ACQUISITION
COMPANY, INC., and NORTH EAST FUEL INC.,

                         Defendants.

Case No.: 13-cv-05224 (AKH)
(KNF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

         Anthony M. Pabon being duly sworn deposes and says:

         1) On July 26, 2013, at approximately 12:45 p.m., I served *the SUMMONS, COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET, ECF RULES AND INSTRUCTIONS, JUDGE HELLERSTEIN'S INDIVIDUAL RULES OF PRACTICE, AND MAGISTRATE JUDGE FOX'S INDIVIDUAL RULES OF PRACTICE* by delivering a true copy of same for each of the following Defendants: Paul K. Lisiak, Metropolitan EIH13 L.P., Metropolitan Equity Partners L.L.C., Metropolitan GP Holdings L.L.C. - Series E1H13, NFI Acquisition Company Inc., North East Fuel Inc., Reed Energy L.L.C., at Metropolitan Equity Partners LLC, 70 East 55th Street, 15th Floor, New York, New York 10022, by personally delivering a true copy of same to Paul K. Lisiak, who accepted service on behalf of himself, as well as for each of the above-named defendants.

2)  I describe Paul Lisiak as follows: White male; approximately 50 years old; approximately height 5'10" tall; weighing approximately 180-200 lbs.; balding; and wears glasses.

Anthony M. Pabon

Sworn to before me this
6th day of August, 2013

Notary Public

MALKE A HOENIG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #01HO6106051
COMM. EXP. 2/23/2016

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ☑

SGM Holdings LLC and Richard R. Featherly,

_____
*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____
*Defendant*

)
)
)
)
)
)
)

**13 CIV 5224**

Civil Action No.

**JUDGE HELLERSTEIN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Reed Energy LLC
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD ... CK

*CLERK OF COURT*

Date:   _____07/26/2013_____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▾

SGM Holdings LLC and Richard R. Featherly,

_____
*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____
*Defendant*

)
)
)
)
)
)
)
)
)

**13 CIV 5224**

Civil Action No.

**JUDGE HELLERSTEIN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Metropolitan GP Holdings LLC - Series E1H13
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RU̶ ̶ ̶ ̶CK

*CLERK OF COURT*

Date: _____07/26/2013_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**13 CV 5224**

SGM Holdings LLC and Richard R. Featherly,

_____

*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____

*Defendant*

)
)
)
)
)
)
)

Civil Action No.

JUDGE HELLERSTEIN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    NFI Acquisition Company Inc.
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:   _____07/26/2013_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ☑

SGM Holdings LLC and Richard R. Featherly,

_____
*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.  **13 CIV 5224**

**JUDGE HELLERSTEIN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul K. Lisiak
c/o Metropolitan Equity Partners
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  _____07/26/2013_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York ▾

SGM Holdings LLC and Richard R. Featherly,

_____
*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. CIV 5224

**JUDGE HELLERSTEIN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Metropolitan Equity Partners LLC
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date:        07/26/2013
_____                    _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

SGM Holdings LLC and Richard R. Featherly,

_____
*Plaintiff*

v.

Paul K. Lisiak, et al. (See attached rider)

_____
*Defendant*

)
)
)
)
)
)
)

**13 CIV 5224**

Civil Action No.

**JUDGE HELLERSTEIN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Metropolitan EIH13 LP
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____07/26/2013_____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

**1 3   CIV   5 2 2 4**

SGM Holdings LLC and Richard R. Featherly,

)
)
)
_____
*Plaintiff*
)
)
v.
)
Paul K. Lisiak, et al. (See attached rider)
)
)
_____
)
*Defendant*
)

Civil Action No.

JUDGE HELLERSTEIN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   North East Fuel Inc.
c/o Paul K. Lisiak
70 East 55th Street, 15th Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schulman Blackwell LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  _____07/26/2013_____        _____
                                        *Signature of Clerk or Deputy Clerk*