Hellerstein, A.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC and RICHARD R. FEATHERLY,

        Plaintiffs,

- against -

MR. PAUL K. LISIAK, METROPLITAN EQUITY PARTNERS LLC, METROPOLITAN EIH13 LP, METROPOLITAN GP HOLDINGS LLC - SERIES EIH13, REED ENERGY LLC, NFI ACQUISITON COMPANY INC., and NORTH EAST FUEL INC.,

        Defendants.

Case No.: 13-cv-05224 (AKH)

**Stipulation and Order**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/13

**IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED,** by and between the undersigned attorneys for Plaintiffs, on the one hand, and the undersigned attorneys for Defendants, on the other hand, as follows:

1. Defendants' time to answer, move against, or otherwise respond to the Complaint is extended up to and including September 20, 2013.

2. Buchanan Ingersoll & Rooney PC is authorized to accept and hereby accepts service of the Summons and Complaint on behalf of all Defendants.

3.  A facsimile or PDF transmission of this stipulation shall be binding as though executed in the original.

Dated:   New York, New York
         August 8, 2013

**SCHULMAN BLACKWELL LLP**

By: _____
    Dan J. Schulman
    Deric Gerlach

11 Broadway, Suite 615
New York, New York 10004
Tel: (646) 225-6600
Fax: (646) 304-1117

dschulman@schulmanblackwell.com
dgerlach@schulmanblackwell.com

*Attorneys for Plaintiffs*

**BUCHANAN INGERSOLL & ROONEY PC**

By: _____
    Stuart P. Slotnick

1290 Avenue of the Americas, 30th Floor
New York, New York 10104-3001
Tel: (212) 440-4400
Fax: (212) 440-4401

stuart.slotnick@bipc.com

*Attorneys for Defendants*


So Ordered:

_____
8/8/13