UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGM HOLDINGS LLC and RICHARD R. FEATHERLY,<br><br>         Plaintiffs,<br><br>    - against -<br><br>PAUL K. LISIAK, METROPLITAN EQUITY PARTNERS LLC, METROPOLITAN EIH13 LP, METROPOLITAN GP HOLDINGS LLC - SERIES E1H13, REED ENERGY LLC, NFI ACQUISITON COMPANY INC., and NORTH EAST FUEL INC.,<br><br>         Defendants. | Case No.: 13-cv-05224 (AKH) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the so-ordered Stipulation in this action dated October 7, 2013, Plaintiffs SGM Holdings LLC and Richard R. Featherly hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Paul K. Lisiak, Metropolitan Equity Partners LLC, Metropolitan EIH13 LP, Metropolitan GP Holdings LLC - Series E1H13, Reed Energy LLC, NFI Acquisition Company Inc., and North East Fuel Inc.

Dated: New York, New York
    October 18, 2013

                **SCHULMAN BLACKWELL LLP**

                By: s/Dan J. Schulman
                   Dan J. Schulman
                   Deric Gerlach
               11 Broadway, Suite 615
               New York, NY 10005
               P: (646) 225-6600
               F: (646) 304-1117
               dgerlach@schulmanblackwell.com
               *Attorneys for Plaintiffs SGM Holdings LLC*
                 *and Richard R. Featherly*